SO ORDERED.

Dated: March 24, 2017



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CARLA BARTSCHI,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:14-bk-07809-MCW<br><br>**ORDER GRANTING MOTION TO REOPEN FOR LIMITED PURPOSE** |

Debtor has filed a combined Emergency Motion to Reopen Closed Case and Motion to Waive the Fee to Reopen Closed Case ("Motion"). Pursuant to the Motion, the Debtor asks the Court to reopen her bankruptcy Case for the limited purpose of filing 1) an amendment to schedules and other official papers to correct defects, 2) a motion to compel the trustee to abandon certain assets and a civil lawsuit filed in state court, Maricopa County Superior Court Case No. CV 2015-053304, and 3) a motion for reconsideration of a motion to waive the original filing fee.

The Court notes that the Debtor previously received her Chapter 7 Discharge on November 9, 2015, and that this case was closed on January 7, 2017. Debtor filed the pending Emergency Motion on March 21, 2017.

After reviewing the Motion and the Docket of this case, the Court finds and concludes that good cause exists to grant the Motion to Reopen for the limited purposes Debtor has identified in her motion. The Court finds that the Debtor has not presented sufficient cause in her Motion for the Court to waive the fee to reopen the bankruptcy case. In her attached affidavit, Debtor indicates that she was able to file the state court lawsuit, and presumably pay the

associated filing fees. The affidavit also states that the Debtor has not sought gainful employment and has not had any income in the recent past. None of that addresses the issue, or establishes cause for the Court to waive the reopen fee.

The Court also notes that during the pendency of this case, Debtor originally filed the case as a Chapter 7 and moved the Court to waive the filing fee. Debtor then requested the case be converted to Chapter 13. The request to waive the Chapter 7 filing fee was denied, and an order was entered requiring the Debtor to immediately pay $153.00 of the Chapter 13 filing fee, with the remaining $153.00 to be paid the following month. Debtor timely made both payments.

Both the failure to establish cause to waive the reopen fee, and the Debtor's payment of the Chapter 13 fee lead this Court to conclude that there is no basis to waive the reopen fee. Further, Debtor's suggestion that she would like to reopen the bankruptcy case so she can file a motion for the Court to reconsider the order denying a waiver of her filing fee is both premature at this time and appears to be a moot point. The issue is premature because it is not proper to request reconsideration of a filing fee order in a closed case; and the issue appears to be moot because the Debtor has actually paid a filing fee of $306.00. There is no mechanism for the Court to issue a refund of a fee that was paid in October and November of 2014. Accordingly,

IT IS ORDERED granting Debtor's Emergency Motion to Reopen Closed Case for the limited purpose of: 1) filing an amendment to schedules and other official papers in this administrative case to correct defects and 2) a motion to compel the trustee to abandon certain assets and a civil lawsuit filed in state court, Maricopa County Superior Court Case No. CV 2015-053304;

IT IS FURTHER ORDERED denying Debtor's Motion to Waive the Fee to Reopen the Case; and

IT IS FURTHER ORDERED preemptively denying Debtor's request to file a motion to reconsider a ruling on the filing fee that has already been paid.

**SIGNED AND DATED ABOVE.**